NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRINITY MANUFACTURING, INC., ASHTA CHEMICALS, INC., NIKLOR CHEMICAL COMPANY, INC.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2022-1329

---

Appeal from the United States Court of International Trade in No. 1:20-cv-03831-TCS, Senior Judge Timothy C. Stanceu.

---

## JUDGMENT

---

ADAM H. GORDON, The Bristol Group PLLC, Washington, DC, argued for plaintiffs-appellants. Also represented by LAUREN FRAID, JENNIFER MICHELE SMITH.

GEOFFREY MARTIN LONG, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, PATRICIA M.

MCCARTHY; IAN ANDREW MCINERNEY, Office of the Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, DYK and PROST, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 18, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court